**Order entered August 17, 2018**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00789-CV

### DORIS A. HOUSTON, Appellant

### V.

### CITY OF DALLAS, SELF INSURED, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-05515-2017

## ORDER

Before the Court are appellant's August 6, 2018 motion for extension of time to file notice of appeal and appellee's August 15, 2018 motion to dismiss for want of jurisdiction. Both were filed in response to our July 25, 2018 letter in which we informed the parties the appeal had been filed late but within the fifteen-day grace period allowed under Texas Rule of Appellate Procedure 26.3. *See* TEX. R. APP. P. 26.3.

We **GRANT** the extension motion and **DENY** the motion to dismiss. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

We note that by letter dated August 7, 2018, court reporter La Tresta Ginyard informed us no record was taken in this case. Accordingly, as the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than September 17, 2018.

/s/    DAVID EVANS
JUSTICE